Joseph BAUER, Petitioner

v.

**PENNSYLVANIA STATE CIVIL SER-VICE COMMISSION (Pennsylvania Department of Transportation), Respondent**

**No. 747 MAL 2016**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Christine **LAVELLE** and Gary Lavelle, her husband, **Petitioners**

v.

**BOROUGH OF DUNMORE ZONING HEARING BOARD and Maria Wharton, Respondents**

**No. 742 MAL 2016**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.